MIED (Rev. 03/11) Prisoner Civil Rights Complaint



| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Case: 2:11-cv-14914<br>Judge: Friedman, Bernard A.<br>MJ: Hluchaniuk, Michael J.<br>Filed: 11-08-2011 At 09:54 AM<br>PRIS STRINGER V LEONARD, ET AL (EB) |

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

## Plaintiff's Information

**Name:** Dwayne Stringer  
**Prisoner No.:** 199442

**Place of Confinement:** Adrian Correctional Facility

**Street:** 2727 E. Beecher St.  
**City:** Adrian  
**State:** MI  
**Zip Code:** 49221

**Are there additional plaintiffs?** ☐ Yes  ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide names, prisoner numbers and addresses for all plaintiffs.*

## Defendant's Information

**Name:** Thomas L. Leonard  
**Position:** Attorney General

**Street/P.O. Box:** 30217  
**City:** Lansing  
**State:** Mich.  
**Zip Code:** 48909

**Are you suing this defendant in his/her:** ☐ Personal Capacity  ☒ Official Capacity  ☐ Both Capacities

**Are you suing more than one defendant?** ☒ Yes  ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1) Officer Ford    2727 E. Beecher ST Adrain MI 49221
   Officer Lennox  2727. E. Beecher ST Adrain MI 49221
   2 officer.
   THere Attorney IS THomas L. Leonard
   P.O. BOX. 30217
   Lansing MI 48909

# I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

   Yes         No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: | 11:10601 |
|---|---|
| Name of Court: | U.S. District Court |
| Parties (Caption or Name of Case): | Civil Rights |
| Disposition: | |

| Docket or Case Number: | |
|---|---|
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

| Docket or Case Number: | |
|---|---|
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

**Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.**

2

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

Officer Ford Bent My Finger back Squeezing My Muscle Then officer M.Lennox Came a Jump In Front of me calling me a nigger, With His Fist Ball up Swing on my right Eye On The 15 Hit he cut my right Eye Making it Bleed. Blood was Covering my face. After he cut my right Eye I was Told I Need stiches Officer Lennox start Chokeking Me To Death I went To Sleep for a Couple of Seconds.

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

After Officer ford Took his hand off me They Ford and No Name Tag, Push Me in my cell Making Me fall down. Hiting My Head on The Radiator. No Name Tag Pull Both of My Legs To The door No Name Tag Step on my bunk and he put The hand Cuff on me.

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

Continue To work with The Faith That Unearn Suffering is Redemptive. (Let us not wallow in The valley of Despair)

3

I won't Justice Serve on These being officer
Officers.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on ___6-24-11___ (date).

_____
Signature of Plaintiff

4



Dwayne Thomas Brown
(✓) GUS HARRISON CORRECTIONAL FACILITY
( ) PARR HIGHWAY CORRECTIONAL FACILITY
2727 E. Beecher St.
Adrian, MI 49221

Michigan Department of Corrections

United States District Court
for the Eastern District of Michigan
Office of the Clerk
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd Rm 564
Det, MI 48226

$ 00.64

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| Case No. 11-14914 | Judge: Bernard A. Friedman | Magistrate Judge: Michael Hluchaniuk |

| Name of 1st Listed Plaintiff/Petitioner: | Name of 1st Listed Defendant/Respondent: |
|---|---|
| DWAYNE STRINGER | THOMAS LEONARD, ET AL |
| **Inmate Number:** 199442 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:** Gus Harrison Correctional Facility<br>2727 E. Beecher Street<br>Adrian, MI 49221<br>LENAWEE COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes    ☒ No
   ➢ If yes, give the following information:
   
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes    ☒ No
   ➢ If yes, give the following information:
   
   Court: _____
   Case No: _____
   Judge: _____